FILED
FEB 13 1997

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

*******************************************************************

| | | |
|---|---|---|
| ROBERT HACKETT, JR. | * | CR 96-4253 |
| | * | CR 95-40106 |
| Movant, | * | |
| -vs- | * | JUDGMENT |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

*******************************************************************

In accordance with the Order entered this date with the Clerk,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated this 13TH day of February, 1997.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Sharon Fouks
(SEAL)         DEPUTY